Robert J. Nelson (State Bar No. 132797)
rnelson@lchb.com
Roger N. Heller (State Bar No. 215348)
rheller@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Attorneys for Plaintiff and the Proposed Class

David Jacobs (State Bar No. 73545)
Edward J. Loya, Jr. (State Bar No. 257346)
Deanna L. Ballesteros (State Bar No. 159079)
Katrina J. Walasik (State Bar No. 287299)
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, California 90067-2506
Telephone: 310.556.8861
Facsimile: 310.553.2165
djacobs@ebglaw.com
eloya@ebglaw.com
dballesteros@ebglaw.com
kwalasik@ebglaw.com

Attorneys for Defendant
CREDIT SUISSE SECURITIES (USA) LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER M. LAVER, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SUISSE SECURITIES (USA), LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 3:18-cv-00828-WHO<br><br>[Assigned to Honorable William H. Orrick, Ctrm 2, 17th Floor]<br><br>**ORDER MODIFYING BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANT'S PENDING MOTIONS [DKT. 17 & 19] AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>*[Filed concurrently with Stipulation]* |

**ORDER**

Pursuant to the parties' stipulation, **as modified**, the undersigned hereby ORDERS that the schedule regarding Defendant's Pending Motions [Dkt. 17 & 19] is modified as follows:

1) The deadline for Plaintiff to file oppositions to the Pending Motions is continued from April 13, 2018 to April 27, 2018;

2) The deadline for Defendant to file reply briefs in support of the Pending Motions is continued from April 20, 2018 to May 11, 2018;

3) The hearing on the Pending Motions is continued from May 16, 2018 until May **30**, 2018 at 2:00 p.m.

Additionally, the Case Management Conference, currently scheduled in this case for May 15, 2018, is continued until a date to be discussed at the hearing on the Pending Motions.

**IT IS SO ORDERED.**

Dated: April 11, 2018

HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE