David Jacobs (State Bar No. 73545)
Edward J. Loya, Jr. (State Bar No. 257346)
Deanna L. Ballesteros (State Bar No. 159079)
Katrina J. Walasik (State Bar No. 287299)
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, California 90067-2506
Telephone: 310.556.8861
Facsimile: 310.553.2165
djacobs@ebglaw.com
eloya@ebglaw.com
dballesteros@ebglaw.com
kwalasik@ebglaw.com

Attorneys for Defendant
CREDIT SUISSE SECURITIES (USA) LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER M. LAVER, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT SUISSE SECURITIES (USA), LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 3:18-cv-00828-WHO<br><br>[Assigned to Honorable William H. Orrick, Ctrm 2, 17th Floor]<br><br>**CREDIT SUISSE SECURITIES (USA) LLC'S STATEMENT OF RECENT DECISION**<br><br>DATE:   May 30, 2018<br>TIME:    2:00 p.m.<br>CTRM:  2 (17th Floor)<br><br>[Complaint filed Feb. 7, 2018] |

Pursuant to Local Rule 7-3(d)(2), Defendant Credit Suisse Securities (USA) LLC hereby submits this Statement of Recent Decision in connection with Defendant's motions pending before the Court: (1) Motion to Dismiss Or, In The Alternative, To Stay the Case (Dkt. 17); and, (2) Motion to Transfer Venue (Dkt. 19).

A true and correct copy of the decision of the Supreme Court of the United States in *Epic Systems Corp. v. Lewis*, No. 16–285, 584 U.S. ____ (May 21, 2018)[1] is attached hereto as **Exhibit A**.

DATED:   May 22, 2018

EPSTEIN BECKER & GREEN, P.C.

By: */s/ David Jacobs*
David Jacobs
Edward J. Loya, Jr.
Deanna L. Ballesteros
Katrina J. Walasik

Attorneys for Defendant
CREDIT SUISSE SECURITIES (USA) LLC

---

[1] Consolidated with *Morris v. Ernst & Young, LLP*, 834 F.3d 975 (9th Cir. 2016), cert. granted *Ernst & Young LLP v. Morris*, 137 S. Ct. 809 (Jan. 13, 2017) and *Murphy Oil USA, Inc. v. NLRB*, 808 F.3d 1013 (5th Cir. 2015), cert. granted *NLRB v. Murphy Oil USA, Inc.*, 137 S. Ct. 809 (Jan. 13, 2017).