UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER M. LAVER,<br><br>              Plaintiff,<br><br>        v.<br><br>CREDIT SUISSE SECURITIES (USA),<br>LLC,<br><br>              Defendant. | Case No.  18-cv-00828-WHO<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. No. 34 |

The Court having granted defendant's Motion to Dismiss, Judgment is accordingly entered.

Dated:  June 21, 2018                              Susan Y. Soong, Clerk

                                                          *Jean M. Davis*

                                                          By  Jean M. Davis, Deputy Clerk

United States District Court
Northern District of California